# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOHN WILLIAM ZUPANCIC,

    Plaintiff,

    v.

OLIVER C JOSEPH INC,

    Defendant.

Case No. 3:18-cv-00419-JPG-DGW

## MEMORANDUM AND ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

This matter comes before the Court on the plaintiff's notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). That rule allows a plaintiff to dismiss his case without a court order by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. Here, Zupancic has met the requirements of the rule, so the Court **FINDS** that this case is **DISMISSED WITH PREJUDICE**. The Court **DIRECTS** the Clerk of Court to close this case.

**IT IS SO ORDERED.**

**DATED: MAY 14, 2018**

                                              *s/ J. Phil Gilbert*
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**